IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| JAYNE ORBER and MARC ORBER, <br><br> Plaintiffs, <br><br> v. <br><br> RAJESH K. JAIN, M.D., et al. <br><br> Defendants. | Civil No. 10-1674 (RMB/JS) <br><br> **ORDER** |

THIS MATTER coming before this Court upon the motion for summary judgment filed by Defendant Virtua Memorial Hospital Burlington County, Inc. ("Virtua") [Dkt. Ent. 17]; and

THE COURT NOTING that Plaintiffs filed a letter on the docket indicating that Plaintiffs do not oppose Virtua's motion, [Dkt. Ent. 19]; and

THE COURT FINDING that Plaintiffs' letter demonstrates consent to dismiss all claims against Defendant Virtua;

IT IS HEREBY **ORDERED** that Plaintiffs' claims against Defendant Virtua Memorial Hospital Burlington County, Inc. are **DISMISSED WITH PREJUDICE**; and

1

IT IS **FURTHER ORDERED** that the oral argument scheduled on the motion is **CANCELED.**

Dated: May 26, 2011              s/Renée Marie Bumb
                                 RENÉE MARIE BUMB
                                 UNITED STATES DISTRICT JUDGE