IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JAYNE ORBER and MARC ORBER, husband and wife, individually, | CIVIL ACTION NO. 1:10-CV-1674-RMB-JS |
| Plaintiffs, | |
| v. | |
| RAJESH K. JAIN, M.D., RECONSTRUCTIVE ORTHOPEDICS, PA, | **JURY VERDICT SHEET** |
| Defendants. | |

1. Did Defendant Dr. Rajesh K. Jain, M.D. (and, therefore, Defendant Reconstructive Orthopedics, PA) deviate from accepted standards of medical practice during the June 2, 2009 knee replacement surgery?

   Yes_____ No __X__

If you have answered "yes" to Question #1, proceed to Question #2.
If you have answered "no" to Question #1, please stop your deliberations and return your verdict.

2. Was Defendant Dr. Rajesh K. Jain's deviation a proximate cause of plaintiff's injuries?

   Yes_____ No_____

If you have answered "yes" to Question #2, proceed to Question #3.
If you have answered "no" to Question #2, please stop your deliberations and return your verdict.

3. What sum of money will fairly and reasonably compensate Plaintiff Jayne Orber for damages she sustained as a proximate result of Dr. Rajesh K. Jain's negligence?

   A. Pain, Suffering, Disability, Impairment and Loss of Enjoyment of Life?   $_____

   B. Past Lost Wages?   $_____

   C. Future Lost Wages?   $_____

                                                           TOTAL: $_____

4. What sum of money will fairly and reasonably compensate Plaintiff Marc Orber for the loss of his spouse's services, society and consortium that he sustained as a proximate result of the incident?

                                                                  $_____

5. Did Plaintiff Jayne Orber fail to act reasonably to avoid or alleviate harm following the surgery, thereby causing some or all of the injuries she ultimately suffered?

        Yes. _____        No. _____

If you answered "yes" to Question #5, proceed to Question #6.
If you answered "no" to Question #5, please stop your deliberations and return your verdict.

6. What percentage of Plaintiff Jayne Orber's ultimate harm occurred because of her failure to act reasonably? _____%

Please stop.

WHEN YOU REACH THE POINT WHERE YOU ARE INSTRUCTED TO STOP, PLEASE INFORM THE UNITED STATES MARSHAL THAT YOU HAVE COMPLETED YOUR DELIBERATIONS.

_3 May 12_
DATE