UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

JAYNE ORBER, et al.,

        Plaintiffs,

v.

RAJESH K. JAIN, M.D., et al.,

        Defendants.

**JUDGMENT IN A CIVIL CASE**

Civil Number 10-1674(RMB/JS)

**X**    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐    **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that a judgment be entered in favor of defendant Rajesh K. Jain and against plaintiff Jayne Orber for No Cause for Action.

  May 4, 2012
     DATE

HONORABLE RENÉE MARIE BUMB
UNITED STATES DISTRICT JUDGE